United States Court of Appeals
 for the district of columbia circuit

No. 97-3023 September Term, 1997

United States of America, No. 90cr00027-01 
 
 Appellee 
 
 v.

David M. Dale,

 Appellant
 

 Before: Wald, Silberman and Henderson, Circuit Judges.

 O R D E R

 It is ORDERED by the court that the opinion filed by the court on April 14, 1998 be amended as follow:

 Page 2, line 2: Replace "Opinion for the court filed by Circuit Judge Henderson" with "Opinion for the court filed Per Curiam".

 Page 2, line 4: Replace "Karen LeCraft Henderson, Circuit Judge" with "Per Curiam".

 Per Curiam
 FOR THE COURT: 
 /s/ Mark J. Langer
 Mark J. Langer, Clerk

Filed on: April 28, 1998